**MEMO ENDORSED.**

# LAW OFFICES OF ADAM DAYAN, PLLC

222 Broadway, 22nd Floor
New York, New York 10038
Phone: 833-866-7157
Fax: 646-866-7541
admin@dayanlawfirm.com

**Adam Dayan, Esq.**
Amled Pérez, Esq.
Dominic Buchmiller, Esq.

October 2, 2024

<u>VIA ECF</u>
Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *D.M. et al v. N.Y.C Dep't of Educ.*, 24-cv-1587 (JMF)(OTW)

Dear Magistrate Judge Wang:

  We represent the Plaintiff in the above-referenced action, wherein we seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, as well as for this action.

  On behalf of the parties, Plaintiff respectfully submits a motion to adjourn the Pre-Settlement Conference scheduled for Thursday, October 17, 2024, at 3:00 p.m. (see ECF 20) to Tuesday, October 22, 2024. Regrettably, the Plaintiff is unavailable on October 17, 2024, due to a religious observation. The Parties have conferred and are mutually available on October 22, 2024. We apologize for the inconvenience to the Court.

  Thank you for considering this submission.

             Respectfully submitted,

             By: <u>/s/ Adam Dayan</u>
             Adam Dayan

Cc: Vivan Rivera Drohan (via ECF)

**The parties' request for an adjournment is GRANTED. The Preliminary Settlement Conference scheduled for October 17, 2024, is adjourned to Tuesday, November 19, 2024, at 2:00 p.m.**

**SO ORDERED.**

Ona T. Wang                  Oct. 4, 2024
U.S.M.J.